CITY OF ATLANTA *et al. v.* McCULLOUGH BROTHERS INC.

RUSSELL, Chief Justice. The rulings in *City of Atlanta* v. *Kirk,* 174 *Ga.* 763 (164 S. E. 64), and *Warren* v. *Atlanta,* 179 *Ga.* 900 (177 S. E. 706), control the question here presented. The superior court correctly held that the plaintiff was not subject to the tax imposed by the municipal ordinance.    *Judgment affirmed. All the Justices concur.*

No. 11100. JULY 1, 1936. REHEARING DENIED JULY 23, 1936.

*J. C. Savage, C. S. Winn,* and *Bond Almand,* for plaintiff in error.

*F. M. Bird,* contra.